IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00749-MSK-PAC

HIGH COUNTRY CITIZENS ALLIANCE;
TOWN OF CRESTED BUTTE, COLORADO;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON,
COLORADO,

    Plaintiffs,

v.

KATHLEEN CLARKE, in her official capacity as Director of the U.S. Bureau of Land Management;
RON WENKER, in his official capacity as Colorado BLM Director;
U.S. BUREAU OF LAND MANAGEMENT;
GALE NORTON, in her official capacity as Secretary of the Interior;
UNITED STATES DEPARTMENT OF THE INTERIOR;
PHELPS DODGE CORPORATION;
MT. EMMONS MINING COMPANY,

    Defendants.

## ORDER APPROVING THE PARTIES' SETTLEMENT

This Court, having considered the parties' Joint Motion to Approve the Parties' Settlement, hereby **ORDERS** that:

    1.    The Motion **(#71)** is **GRANTED**.

    2.    The Parties' settlement of Plaintiffs' claim for attorneys' fees under the Freedom of Information Act as reflected in the Settlement Agreement is approved.

3.      Plaintiffs' claim for attorneys' fees under the Freedom of Information Act is dismissed with prejudice.

Dated this 18th day of August, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge